JOHN W. BERRY (bar admission pending, L.R. 83-2.4.1)
Email: berryj@sec.gov
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
GARY Y. LEUNG (bar admission pending, L.R. 83-2.4.1)
Email:  leungg@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>        vs.<br><br>MANOUCHEHR MOSHAYEDI,<br><br>              Defendant. | Case No.: 12-CV-01179-JVS-ANx<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO EXCLUDE OR LIMIT UNDER RULE 403 AND RULE 702 OF THE FEDERAL RULES OF EVIDENCE THE (1) EXPERT REPORTS AND TESTIMONY OF DR. MUKESH BAJAJ, (2) EXPERT REPORT AND TESTIMONY OF PROFESSOR ALLEN FERRELL, AND (3) EXPERT REPORT AND TESTIMONY OF LISA L. TROE**<br><br>Date:    October 21, 2013<br>Time:    1:30 p.m.<br>Ctrm:    10C<br>Judge:   Hon. James V. Selna |

TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on October 21, 2013, at 1:30 p.m., or as soon thereafter as it may be heard, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move the Court pursuant to Federal Rules of Evidence 403 and 702 for an order:  (1) excluding the Expert Report and Expert Rebuttal Report of Dr. Mukesh Bajaj and any testimony by Dr. Bajaj in connection with the opinions disclosed by his Rule 26(a)(2) reports; (2) excluding the Expert Rebuttal Report of Professor Allen Ferrell and any testimony by Professor Ferrell in connection with the opinions disclosed by his Rule 26(a)(2) report; and (3) excluding the Expert Report of Lisa L. Troe and any testimony by Ms. Troe in connection with the opinions disclosed by her Rule 26(a)(2) report.  The hearing will take place in the Courtroom of the Honorable James V. Selna, at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701-4516.

The SEC's motion is based upon the accompanying Memoranda of Points and Authorities, the Declaration of Gary Y. Leung and Exhibits thereto, the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

This Motion is made after the conference of counsel pursuant to Local Rule 7-3 which took place on September 12, 2013.


Dated:  September 23, 2013                    Respectfully submitted,


                                             /s/ John W. Berry
                                             John W. Berry
                                             Donald W. Searles
                                             Gary Y. Leung
                                             Attorney for Plaintiff
                                             Securities and Exchange Commission

1

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No. (323) 965-3213; Facsimile No. (323) 965-3908.

On September 23, 2013, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO EXCLUDE OR LIMIT UNDER RULE 403 AND RULE 702 OF THE FEDERAL RULES OF EVIDENCE THE (1) EXPERT REPORTS AND TESTIMONY OF DR. MUKESH BAJAJ, (2) EXPERT REPORT AND TESTIMONY OF PROFESSOR ALLEN FERRELL, AND (3) EXPERT REPORT AND TESTIMONY OF LISA L. TROE** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

  [ ]   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

  [ ]   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

  I declare under penalty of perjury that the foregoing is true and correct.


Date: <u>September 23, 2013</u>          */s/ Gary Y. Leung*
                                         Gary Y. Leung

2

### SEC v. MANOUCHEHR MOSHAYEDI
**United States District Court—Central District of California**
**Case No. 12-CV-01179 (JVS) (ANx)**

### SERVICE LIST

| | |
|---|---|
| Sean M. Berkowitz<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Direct Dial: 312-777-7016<br>sean.berkowitz@lw.com<br>***Attorneys for Defendant*** | Patrick Gibbs<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Direct Dial: 650-463-4696<br>patrick.gibbs@lw.com<br>***Attorneys for Defendant*** |
| Matthew Rawlinson<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650-463-3076<br>matt.rawlinson@lw.com<br>***Attorneys for Defendant*** | William R. Baker, III<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br>Direct Dial:  202-637-1007<br>william.baker@lw.com<br>***Attorneys for Defendant*** |
| Colleen Smith<br>LATHAM & WATKINS LLP<br>600 W. Broadway, Suite 1800<br>San Diego, CA 92101<br>Direct Dial:  619-238-2950<br>colleen.smith@lw.com<br>***Attorneys for Defendant*** | Jennifer S. Duckworth (Paralegal)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Direct Dial:  650-463-3012<br>jennifer.duckworth@lw.com<br>***Attorneys for Defendant*** |
| Everett Bulthuis (Paralegal)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626-1925<br>Direct Dial:  714-755-8247<br>Cell:  714-747-1814<br>everett.bulthuis@lw.com<br>***Attorneys for Defendant*** | Thomas P. O'Brien<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071<br>Telephone: 213-683-6000<br>thomasobrien@paulhastings.com<br>***Attorneys for Defendant*** |
| Thomas A. Zaccaro<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, California 90071<br>Telephone: 213-683-6000<br>thomaszaccaro@paulhastings.com<br>***Attorneys for Defendant*** | |