JOHN W. BERRY (bar admission pending, L.R. 83-2.4.1)
Email: berryj@sec.gov
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
GARY Y. LEUNG (bar admission pending, L.R. 83-2.4.1)
Email: leungg@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MANOUCHEHR MOSHAYEDI,<br><br>Defendant. | Case No. 12-CV-01179-JVS-ANx<br><br>**[REDACTED PUBLIC VERSION OF DOCUMENT SUBMITTED FOR FILING UNDER SEAL]**<br><br>**DECLARATION OF GARY Y. LEUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S (1) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. MUKESH BAJAJ; (2) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LISA L. TROE; AND (3) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PROFESSOR ALLEN FERRELL**<br><br>Date: October 21, 2013<br>Time: 1:30 p.m.<br>Ctrm: 10C<br>Judge: Hon. James V. Selna |

Case No. 12-CV-01179-JVS-ANx

I, Gary Y. Leung, declare under 28 U.S.C. § 1746 as follows:

1. I am one of the attorneys representing Plaintiff Securities and Exchange Commission (the "SEC") in this action. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the asserted "Rebuttal Report of Professor Allen Ferrell, Ph.D," dated July 12, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the "Expert Report of Mukesh Bajaj," dated June 18, 2013.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the "Rebuttal Report of Mukesh Bajaj," dated July 12, 2013.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the "Expert Report of Lisa L. Troe," dated June 18, 2013.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the "Expert Report and Disclosure of Dr. Richard J. Bergin," dated June 18, 2013.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the "Expert Rebuttal Report of Dr. Richard J. Bergin," dated July 12, 2013.

8. Attached hereto as **Exhibit 7** is a true and correct copy of transcript excerpts from the July 30, 2013 deposition of Allen Ferrell.

9. Attached hereto as **Exhibit 8** is a true and correct copy of transcript excerpts from the August 2, 2013 deposition of Dr. Mukesh Bajaj.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Deposition Exhibit 486, marked at the August 2, 2013 deposition of Dr. Mukesh Bajaj.

11. Attached hereto as **Exhibit 10** is a true and correct copy of transcript excerpts from the July 26, 2013 and August 2, 2013 depositions of Lisa L. Troe.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Deposition Exhibit 453, first marked at the July 26, 2013 deposition of Lisa L. Troe.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Deposition Exhibit 446, first marked at the July 18, 2013 deposition of Anthony Swiney.

1  14. Attached hereto as **Exhibit 13** is a true and correct copy of the Court's July 9, 2012 order in *SEC v. Perry*, Case No. CV 11-1309 R (JCx) (C.D. Cal.).

2  15. Attached hereto as **Exhibit 14** is a true and correct copy of the Court's September 13, 2013 Tentative Order on the parties' cross-motions for summary judgment.

3  16. Attached hereto as **Exhibit 15** is a true and correct copy of the Court's June 18, 2013 order in *SEC v. Tourre*, Case No. 10 Civ. 3229 (KBF) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2013 in Los Angeles, California.

Date: September 23, 2013      */s/ Gary Y. Leung*
                                Gary Y. Leung

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On September 23, 2013, I caused to be served the document entitled **DECLARATION OF GARY Y. LEUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S (1) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MUKESH BAJAJ; (2) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF LISA L. TROE; AND (3) MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PROFESSOR ALLEN FERRELL** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 23, 2013         */s/ Gary Y. Leung*
                                                        Gary Y. Leung

1

# SEC v. MANOUCHEHR MOSHAYEDI
## United States District Court—Central District of California
## Case No. 12-CV-01179 (JVS) (ANx)

## SERVICE LIST

Sean M. Berkowitz
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Direct Dial: 312-777-7016
sean.berkowitz@lw.com

Matthew Rawlinson
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650-463-3076
matt.rawlinson@lw.com

Colleen Smith
LATHAM & WATKINS LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
Direct Dial: 619-238-2950
colleen.smith@lw.com

Everett Bulthuis (Paralegal)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: 714-755-8247
Cell: 714-747-1814
everett.bulthuis@lw.com

Thomas A. Zaccaro
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomaszaccaro@paulhastings.com

*Attorneys for Defendant*

Patrick Gibbs
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-4696
patrick.gibbs@lw.com

William R. Baker, III
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: 202-637-1007
william.baker@lw.com

Jennifer S. Duckworth (Paralegal)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-3012
jennifer.duckworth@lw.com

Thomas P. O'Brien
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomasobrien@paulhastings.com

*Attorneys for Defendant*