# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-01179 JVS (MLGx) | Date | October 25, 2013 |
| Title | S.E.C. v. Manouchehr Moshayedi | | |

Present: The Honorable   James V. Selna

| Ellen Matheson for Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Donald Searles /Gary Leung/John Berry | Matthew Rawlinson /Thomas Zaccaro<br>Patrick Gibbs/Thomas O'Brien<br>Howard M. Privette/Colleen C. Smith |

**Proceedings:**   <u>Plaintiff's</u> <u>Motions</u> <u>in</u> <u>Limine</u> (Fld 9-23-13):
1. To Exclude Expert Testimony
2. To Admit Lay Opinion Testimony under Rule 701 and to Allow Leading Questions on Direct Examination Under Rule 611

<u>Defendant's</u> <u>Motions</u> <u>in</u> <u>Limine</u> (Fld 9-23-13):
1. To Exclude Lay Opinion Testimony re Significance or Materiality of Alleged Omissions
2. To Exclude Speculation re Mr. Moshayedi's Intentions
3. To Exclude Evidence of or Reference to Unrelated Court Orders Regarding the Expert Qualifications or Opinions of Dr. Mukesh Bajaj
4. To Exclude Evidence that Mr. Moshayedi Sought to Influence Stec's Stock Price as Proof of Scienter
5. To Exclude Expert Report and Testimony of Stuart H. Harden
6. To Exclude Expert Opinions and Testimony of Matthew Behan Pursuant to Federal Rule of Evidence 702
7. To Exclude Opinions and Testimony of Dr. Richard Bergin Pursuant to Rule 702

**PRETRIAL CONFERENCE**

     Cause called and counsel make their appearances. The Court's tentative ruling regarding the motions in limine is issued. Counsel make their arguments. The Court takes the motions under submission.

     The Court and counsel confer regarding trial procedures, and counsel are referred to the Court's standard trial order. The Court will empanel 9 persons in this case. The Court sets a new trial date of May 13, 2014, at 8:30 a.m., for a 12 day trial. A telephonic status conference is scheduled for January 13, 2014, at 8:00 a.m. The Court will sign and file the pretrial conference order.

| | MTNS | : | 02:00 |
|---|---|---|---|
| | PTC | | 0:15 |
| Initials of Preparer | enm | | |