JOHN W. BERRY, Cal. Bar. No. 295760
Email: berryj@sec.gov
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
GARY Y. LEUNG (bar admission pending, L.R. 83-2.4.1)
Email:  leungg@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MANOUCHEHR MOSHAYEDI,<br><br>Defendant. | Case No.  12-CV-01179-JVS-ANx<br><br>**NOTICE OF LODGING [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Pretrial<br>Conference:  May 13, 2014<br>Time:  1:30 p.m.<br>Place:  Courtroom 10C<br>Hon. James V. Selna |

Case No.  12-CV-01179-JVS-ANx

1  TO THE CLERK OF THE COURT, DEFENDANT AND HIS ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission
4  and Defendant Manouchehr Moshayedi hereby lodge the attached [PROPOSED]
5  Amended Final Pretrial Conference Order

7  Dated: May 2, 2014          Respectfully submitted,

            /s/ John W. Berry
            John W. Berry
            Donald W. Searles
            Gary Y. Leung
            Attorney for Plaintiff
            Securities and Exchange Commission

1                                  Case No. 12-CV-01179-JVS-ANx

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On May 2, 2014, I caused to be served the document entitled: **NOTICE OF LODGING [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: _May 2, 2014        */s/ John W. Berry* _____
                                                  Signature

## SEC v. MANOUCHEHR MOSHAYEDI
### United States District Court—Central District of California
### Case No. 12-CV-01179 (JVS) (ANx)

## SERVICE LIST

Sean M. Berkowitz
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Direct Dial: 312-777-7016
sean.berkowitz@lw.com

Matthew Rawlinson
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650-463-3076
matt.rawlinson@lw.com

Colleen Smith
LATHAM & WATKINS LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
Direct Dial: 619-238-2950
colleen.smith@lw.com

Everett Bulthuis (Paralegal)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: 714-755-8247
Cell: 714-747-1814
everett.bulthuis@lw.com

Thomas A. Zaccaro
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomaszaccaro@paulhastings.com

*Attorneys for Defendant*

Patrick Gibbs
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-4696
patrick.gibbs@lw.com

William R. Baker, III
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: 202-637-1007
william.baker@lw.com

Jennifer S. Duckworth (Paralegal)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-3012
jennifer.duckworth@lw.com

Thomas P. O'Brien
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomasobrien@paulhastings.com

*Attorneys for Defendant*