LATHAM & WATKINS LLP
William R. Baker, *pro hac vice*
*william.baker@lw.com*
Sean M. Berkowitz, *pro hac vice*
*sean.berkowitz@lw.com*
Patrick E. Gibbs, Bar No. 183174
*patrick.gibbs@lw.com*
Matthew Rawlinson, Bar No. 231890
*matt.rawlinson@lw.com*
Michele D. Johnson, Bar No. 198298
*michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

PAUL HASTINGS LLP
Thomas P. O'Brien, Bar No. 166369
*thomasobrien@paulhastings.com*
Thomas A. Zaccaro, Bar No. 183241
*thomaszaccaro@paulhastings.com*
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: +1.213.683.6000
Facsimile: +1.213.627.0705

Attorneys for Defendant
Manouchehr Moshayedi

JOHN W. BERRY, Bar No. 295760
Email: berryj@sec.gov
DONALD W. SEARLES, Bar. No. 135705
Email: searlesd@sec.gov
GARY Y. LEUNG (bar admission pending,)
Email: leungg@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

FILED
CLERK, U.S. DISTRICT COURT
May 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Reviewed 5.21.14
S = sustained
O/A = overruled
JVS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

MANOUCHEHR MOSHAYEDI,

Defendant.

NO. 12-CV-01179-JVS (ANx)

Court's Rulings on

PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEPOSITION DESIGNATIONS AND DEFENDANT MANOUCH MOSHAYEDI'S OBJECTIONS AND COUNTER DESIGNATIONS PURSUANT TO FED. R. CIV. P. 26(a)(3)

The Honorable James V. Selna

| Transcript<br>November 4, 2010<br>Deposition of Manouch Moshayedi taken in *In the Matter of: STEC, Inc. Securities Investigation*, United States Securities and Exchange Commission, File No. LA-03709-A | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendant's Objection(s)**[1] | **Defendant's Counter Designation(s)** | **Plaintiff's Objections to Counter Designations** |
| 161:19-162:19<br>**INV. EX 160** | FRE 403 OR | 157:12-158:21 | FRE 402, 802; Improper counter-designation under rule of completeness. O/R |
| | | 159:6-160:21 | FRE 402, 802, Improper counter-designation under rule of completeness. O/R |
| | | 161:11-14 | FRE 402, 802, Improper counter-designation under rule of completeness. O/R |
| | | 162:20-163:1 | O/R |
| | | 169:9-23 | FRE 403, Duplicative S |
| 165:11-181:17 | | 162:20-163:1;<br>FCA Depo<br>179:7-181:17 S | FRE 402, 802, Improper counter-designation under rule of completeness. O/R |
| 198:25-200:14<br>**INV. EX 162** | | | |
| 205:19- | | | |

[1] Defendant Manouch Moshayedi objects to Plaintiff Securities and Exchange Commission's designations on many grounds. Mr. Moshayedi's counter-designations are identified for use in the event that the Court overrules his corresponding objections.

| | | | |
|---|---|---|---|
| 206:24 | | | |

April 4–5, 2012
Deposition of Manouchehr Moshayedi taken in *In re: STEC, Inc. Securities Litigation*, USDC, Central District of CA, Lead Case Number 8:09-CV-01304-JVS (MLG)

| **Plaintiff's Designations** | **Defendant's Objection(s)** | **Defendant's Counter Designation(s)** | **Plaintiff's Objections to Counter Designations** |
|---|---|---|---|
| 162:25-171:17<br>**FCA EX 21** | 162:25-168:12: FRE 611, 602, 802 O/R | 173:18-174:3; | FRE 402, 802; Duplicative. O/R |
| | | 177:1-179:1 | FRE 402, 802; Duplicative. O/R |

May 14, 2013
Deposition of Manouch Moshayedi taken in *SEC v. Moshayedi*, USDC, Central District of CA, Case Number 8:12-CV-01179 (JVS) (ANx)

| **Plaintiff's Designations** | **Defendant's Objection(s)** | **Defendant's Counter Designation(s)** | **Plaintiff's Objections to Counter Designations** |
|---|---|---|---|
| 106:23-107:11 | FRE 403 O/R | | |
| 198:4-205:9<br>**SEC DEPO EX. 179** | FRE 403 O/R | 205:10-206:9 | |
| 213:21-214:17 | FRE 611, 403 O/R | | |
| 241:16-243:22<br>**SEC DEPO EX. 267** | FRE 403, 611 O/R | | |
| 259:3-262:21<br>**SEC DEPO EX. 310** | FRE 403, Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429); Mischaracterizes O/R | | |

| | | | |
|---|---|---|---|
| | testimony | | |
| 263:3-265:15 | FRE 403; Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429); Mischaracterizes testimony | O/R | |
| 277:3-19<br>**SEC DEPO EX. 188** | FRE 403, Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429) O/R | 314:16-20; 316:6-18 | FRE 802; Improper counter-designation under rule of completeness. O/R |
| 288:20-24 | FRE 403 Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429) | O/R | |
| 297:15-299:25 | FRE 403,611, Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429) | 297:3-297:14<br>S | |
| 323:20-23 | FRE 403, Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429) | O/R | |
| 324:22-327:19<br>**SEC DEPO EX. 360** | FRE 403, Relevance, Subject to JVS Orders re Nov. 3 Claims (Dkt. Nos. 78, 11, 253, 429) | S | |

Dated: May 19, 2014

LATHAM & WATKINS LLP

By /s/ Patrick E. Gibbs

PAUL HASTINGS LLP

By /s/ Thomas A. Zaccaro
Thomas A. Zaccaro

Attorneys for Defendant Manouch Moshayedi

SECURITIES AND EXCHANGE COMMISSION

By /s/ Donald W. Searles
Donald W. Searles

Attorneys for Plaintiff the U.S. Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No. (323) 965-3890; Facsimile No. (323) 965-3908.

On May 19, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S DEPOSITION DESIGNATIONS AND DEFENDANT MANOUCH MOSHAYEDI'S OBJECTIONS AND COUNTER DESIGNATIONS PURSUANT TO FED. R. CIV. P. 26(A)(3)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _May 19, 2014

*/s/ Donald W. Searles*
DONALD W. SEARLES

**SEC v. MANOUCHEHR MOSHAYEDI**
**United States District Court—Central District of California**
**Case No. 12-CV-01179 (JVS) (ANx)**

**SERVICE LIST**

Sean M. Berkowitz
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Direct Dial: 312-777-7016
sean.berkowitz@lw.com

Matthew Rawlinson
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650-463-3076
matt.rawlinson@lw.com

Colleen Smith
LATHAM & WATKINS LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
Direct Dial: 619-238-2950
colleen.smith@lw.com

Everett Bulthuis (Paralegal)
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Direct Dial: 714-755-8247
Cell: 714-747-1814
everett.bulthuis@lw.com

Thomas A. Zaccaro
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomaszaccaro@paulhastings.com

***Attorneys for Defendant***

Patrick Gibbs
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-4696
patrick.gibbs@lw.com

William R. Baker, III
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: 202-637-1007
william.baker@lw.com

Jennifer S. Duckworth (Paralegal)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: 650-463-3012
jennifer.duckworth@lw.com

Thomas P. O'Brien
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213-683-6000
thomasobrien@paulhastings.com

***Attorneys for Defendant***