UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 12-01179 JVS(ANx) |
| Title: | Securities and Exchange Commission v. Manouchehr Moshayedi |
| Date | May 22, 2014 |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Berry / Donald Searles / Gary Leung | Patrick Gibbs / Thomas Zaccaro / Matthew Rawlinson<br>Sean Berkowitz / Colleen Smith |

___ Day Court Trial       **3rd** Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ Opening statements made by _____

**X** Witnesses called, sworn and   **X** Exhibits Identified   **X** Exhibits admitted.

___ Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.

___ Jury polled.   ___ Polling waived.

___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Case continued   Friday, May 23, 2014 at 8:00 a.m.   for further trial/further jury deliberation.

**X** Other:   The Court and counsel confer regarding scheduling and evidentiary issues.

                                                                    5 : 45

Initials of Deputy Clerk   KJT