# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 12-01179 JVS(ANx) |
| Date | May 27, 2014 |
| Title: | Securities and Exchange Commission v. Manouchehr Moshayedi |

**Present: The Honorable** JAMES V. SELNA

| Dwayne Roberts | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Berry / Donald Searles / Gary Leung | Patrick Gibbs / Thomas Zaccaro / Matthew Rawlinson |
| | Sean Berkowitz / Colleen Smith / Dan Winston |

\_\_\_\_ Day Court Trial      **5th** Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   **X** Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ Opening statements made by _____

**X** Witnesses called, sworn and   **X** Exhibits Identified   **X** Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Case continued   **Wednesday, May 28, 2014 at 8:00 a.m.**   for further trial/further jury deliberation.

**X** Other:   The Court and counsel confer regarding jury instructions and evidentiary issues.

        5 : 33

Initials of Deputy Clerk   dr