UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 12-01179 JVS(ANx) |
| Title: | Securities and Exchange Commission v. Manouchehr Moshayedi |
| Date | May 28, 2014 |

Present: The Honorable **JAMES V. SELNA**

| Dwayne Roberts | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Berry / Donald Searles / Gary Leung | Patrick Gibbs / Thomas Zaccaro / Matthew Rawlinson |
| | Sean Berkowitz / Colleen Smith / Dan Winston |

___ Day Court Trial        **6th** Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ Opening statements made by _____

**X** **Witnesses called, sworn and**     **X** **Exhibits Identified**     **X** **Exhibits admitted.**

___ Plaintiff(s) rest.          ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.          ___ Jury retires to deliberate.          ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.               ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
**X** Case continued   Thursday, May 29, 2014 at 8:00 a.m.   for further trial/further jury deliberation.
**X** Other:   The Court and counsel confer regarding evidentiary issues.

                                                                                    5   :   12
                                                              Initials of Deputy Clerk   dr