UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 12-01179 JVS(ANx) |
| Title: | Securities and Exchange Commission v. Manouchehr Moshayedi |
| Date | May 30, 2014 |

Present: The Honorable  JAMES V. SELNA

| Dwayne Roberts | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Berry / Donald Searles / Gary Leung | Patrick Gibbs / Thomas Zaccaro / Matthew Rawlinson<br>Sean Berkowitz / Colleen Smith / Dan Winston |

\_\_\_ Day Court Trial   **8th** Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   **X** Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ Opening statements made by _____

**X** Witnesses called, sworn and   **X** Exhibits Identified   **X** Exhibits admitted.

\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.   \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for _____   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Case continued   Tuesday June 3, 2014 at 8:00 a.m.   for further trial/further jury deliberation.

**X** Other:   The Court and counsel confer regarding evidentiary issues.

5 : 26

Initials of Deputy Clerk   dr