| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP | JOHN W. BERRY, Bar No. 295760 |
| 2 | William R. Baker, *pro hac vice*<br>*william.baker@lw.com* | Email: berryj@sec.gov<br>DONALD W. SEARLES, |
| 3 | Sean M. Berkowitz, *pro hac vice*<br>*sean.berkowitz@lw.com* | Bar No. 135705<br>Email: searlesd@sec.gov |
| 4 | Patrick E. Gibbs, Bar No. 183174<br>*patrick.gibbs@lw.com* | GARY Y. LEUNG, bar admission pending |
| 5 | Matthew Rawlinson, Bar No. 231890<br>*matt.rawlinson@lw.com* | Email: leungg@sec.gov |
| 6 | Michele D. Johnson, Bar No. 198298<br>*michele.johnson@lw.com* | Attorneys for Plaintiff Securities and Exchange Commission |
| 7 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626-1925 | Michele Wein Layne, Regional Director<br>John W. Berry, Regional Trial Counsel |
| 8 | Telephone: +1.714.540.1235<br>Facsimile: +1.714.755.8290 | 5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, California  90036-3648 |
| 9 | PAUL HASTINGS LLP | Telephone: +1.323.965.4573<br>Facsimile: +1.323.965.3908 |
| 10 | Thomas P. O'Brien, Bar No. 166369<br>*thomasobrien@paulhastings.com* | |
| 11 | Thomas A. Zaccaro, Bar No. 183241<br>*thomaszaccaro@paulhastings.com* | |
| 12 | 515 South Flower Street, 25th Floor<br>Los Angeles, California  90071 | JS-6 |
| 13 | Telephone: +1.213.683.6000<br>Facsimile: +1.213.627.0705 | |
| 14 | Attorneys for Defendant | |
| 15 | Manouchehr Moshayedi | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 8:12-CV-01179-JVS-ANx |
| Plaintiff, | |
| v. | Judge:   Hon. James V. Selna |
| MANOUCHEHR MOSHAYEDI, | |
| Defendant. | |

CASE NO. 8:12-CV-01179-JVS-ANx
[PROPOSED] FINAL JUDGMENT

# FINAL JUDGMENT

This civil action was tried by a jury beginning on May 20, 2014. On June 6, 2014, the jury returned a verdict in favor of Defendant Manouch Moshayedi on all of the Plaintiff Securities and Exchange Commission's (the "SEC") claims. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:

Final Judgment is entered for Defendant Manouch Moshayedi and against the SEC on all the SEC's claims in this action, including the SEC's claims under: (i) Section 17(a) of the Securities Act of 1933, 15 U.S.C. § 77q(a); and (ii) Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated thereunder.

Dated: June 11, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Approved as to form,

LATHAM & WATKINS LLP

By   /s/ Patrick E. Gibbs
      Patrick E. Gibbs.

PAUL HASTINGS LLP

By   /s/ Thomas A. Zaccaro
      Thomas A. Zaccaro

Attorneys for Defendant Manouch Moshayedi

SECURITIES AND EXCHANGE COMMISSION

By   /s/ John W. Berry
      John W. Berry

Attorneys for Plaintiff the U.S. Securities and Exchange Commission